UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Omega Consulting, as Assignee of Wolf Trading Company of York, Inc., Hardof Wolf, Spice Time Foods, Inc., and United Trading Company<br>**Plaintiff**<br><br>-v-<br><br>Rapid-American Corporation A/K/A McCrory Parent Corporation,<br>& "John Doe" Trustees Group One,<br>McCrory Corporation<br>& "John Doe" Trustees Group Two,<br>International Overseas Services, Ltd.,<br>& "John Doe" Trustees Group Three,<br>F.O.F. Proprietary Funds, Ltd.,<br>& "John Doe" Trustees Group Four,<br>Farrington Manufacturing Company<br>& "John Doe" Trustees Group Five<br>**Defendants** | CASE NO. 08-cv-06523-GEL<br><br>MEMO ENDORSED<br><br>Notice of Voluntary Discontinuance<br><br>Without Prejudice |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

Plaintiff Omega Consulting, as Assignee hereby affirms that the above entitled action be, and the same is, hereby discontinued under Federal Rules of Civil Procedure Rule 41(a)(1) against all Defendants without prejudice and without costs to any party and this notice may be filed with the Clerk without further notice. Defendants have not appeared in this action.

Dated: August 15, 2008

BY: _____
Eric Dangerfield, Pro Se
Omega Consulting
7706 Pinebrook Dr
San Antonio, Texas 78230
Tel-(210) 430-0649
Fax-(206) 888-4687

SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.
8/27/08